# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 645 MAL 2023

        Respondent          :

                       :   Petition for Allowance of Appeal

                       :   from the Order of the Superior Court

        v.                  :

                       :

EDWIN ISLAS-CRUZ,          :

                       :

        Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.